```
J.M. IRIGOYEN #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
DEMETRIO SEBASTIAN CORTEZ
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 11 CR 00376 LJO BAM |
| Plaintiff/Respondent, ) | |
| v. ) | STIPULATION TO CONTINUE |
| DEMETRIO SEBASTIAN CORRTEZ, ) | SENTENCING & ORDER |
| Defendant/Movant. ) | |

\* \* \* \*

It is stipulated and agreed between the parties that sentencing in the above matter currently set for Monday, February 24, 2014, be continued to March 24, 2014, at 8:30 a.m. to enable defense counsel to file formal sentencing objections and prepare for sentencing following the 9-day hospitalization of defense counsel.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and

```
 1   3161 (h)(8)(B)(I) to and through March 17, 2014.
 2        I hereby agree to the above stipulation.
 3   Dated: February 20, 2014
 4                                    s/J.M. Irigoyen
 5                              _____
                                        J.M. Irigoyen
 6                                   Attorney for Defendant
 7
 8        I hereby consent to the above stipulation.
 9   DATED: February 20, 2014
10                                    s/Kimberly Sanchez
11                              _____
                                      Kimberly Sanchez,
12                                  Assistant U.S. Attorney
13
                                         ORDER
14
15   It is so ordered.
16   DATED: February 21, 2014
17                                    /s/ Lawrence J. O'Neill
                                      HON. Lawrence J. O'Neill
18                                    United States District Judge
```